**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 10-6718**

───────────────

BILLY G. ASEMANI,

Petitioner - Appellant,

v.

JANET NAPOLITANO, Secretary of the U.S. Department of Homeland Security; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

Respondents - Appellees.

───────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Richard D. Bennett, District Judge. (1:10-cv-01029-RDB)

───────────────

Submitted: October 29, 2010          Decided: November 19, 2010

───────────────

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Billy G. Asemani, Appellant Pro Se.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Billy G. Asemani appeals the district court's order dismissing as frivolous his request for adjudication of his naturalization application. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of the district court. <u>Asemani v. Napolitano</u>, No. 1:10-cv-01029-RDB (D. Md. May 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>